# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| COURTNEY SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:19-cv-01140-LSC-SGC ) |
| LT. ASHLEY KIDD, et al., | ) ) |
| Defendants. | ) |

## ORDER

The magistrate judge entered a report and recommendation on August 29, 2019, recommending the plaintiff's motion to transfer be granted and this action be transferred to the United States District Court for the Southern District of Alabama. (Docs. 4, 5).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the plaintiff's motion to transfer and the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the plaintiff's motion to transfer (Doc. 4) is **GRANTED**, and the court **ORDERS** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Alabama for further proceedings.

**Done** and **Ordered** on September 27, 2019.

```
                                        _____
                                              L. Scott Coogler
                                        United States District Judge
```
160704